UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN HILL,<br><br>            Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY SHERIFF, et al.,<br><br>            Defendants. | No. 2:24-cv-2752 CKD P<br><br><br><br>ORDER |

On October 9, 2024, plaintiff was ordered to file a completed in forma pauperis application, including a certificate from the institution and a certified copy of his prison trust account statement for the past six months, within 30 days. See 28 U.S.C. § 1915(a)(2). In a document filed October 30, 2024, plaintiff indicates he submitted his application to proceed in forma pauperis to staff at the El Dorado County Jail so that staff could compete the certificate portion and provide plaintiff with the required trust account statement. It is not clear what, if any, action was taken by jail staff, and it does not appear plaintiff ever followed up with respect to his request.

Good cause appearing, the court will grant plaintiff an additional thirty days within which the file a completed application to proceed in forma pauperis. Plaintiff is informed this action cannot proceed until plaintiff either submits the filing fee or a completed application to proceed in forma pauperis. If plaintiff feels he is not being afforded the required assistance from El Dorado

1

County Jail staff, plaintiff must explain in detail the steps taken to obtain assistance and provide the court the names of the officers from whom plaintiff sought assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  November 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hill2752.ifp(2)

2