UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN HILL, | No. 2:24-cv-2752 CKD P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff is an El Dorado County Jail prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff requests leave to proceed in forma pauperis. As plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), his request will be granted. Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff has filed a complaint along with two supplemental pleadings. However, local Rule 220 requires that pleadings be complete without reference to any prior pleading. Accordingly, plaintiff will be given leave to file one complete first amended complaint. All of plaintiff's claims must be included in that pleading.

Plaintiff has filed a motion asking that the court order staff at the El Dorado County Jail to stop retaliating against plaintiff for his litigating lawsuits against jail staff. Because plaintiff does not identify the employees retaliating against him and because the court does not have jurisdiction over any El Dorado County Jail employee because no employee has been served with process, the motion will be denied. If plaintiff seeks injunctive relief in his amended complaint, he is free to submit a motion for preliminary injunctive relief with his amended complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 13) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the El Dorado County Sheriff filed concurrently herewith.

3. Plaintiff's complaint is dismissed.

4. The supplemental pleadings filed by plaintiff on October 30, 2024, and December 16, 2024, are disregarded.

4. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

/////

/////

5. Plaintiff's motion that the court order El Dorado County Jail employees to stop retaliating against plaintiff (ECF No. 10) is denied.

Dated: December 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hill2752.14