1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL ALAN DEAN HILL,                     No.  2:24-cv-2752 DAD CKD P

12              Plaintiff,

13         v.                                     ORDER

14    EL DORADO COUNTY SHERIFF, et al.,

15              Defendants.

16

17         On May 13, 2025, the court recommended that this action be dismissed.  Plaintiff filed

18   objections to the court's findings and recommendations on June 27, 2025.  Good cause appearing,

19   IT IS HEREBY ORDERED that:

20         1.  The court's May 13, 2025, findings and recommendations are VACATED.

21         2.  Plaintiff is granted thirty days from the date of this order in which to file a second

22   amended complaint.  Failure to file a second amended complaint in 30 days will result in a

23   recommendation that this action be dismissed.

24         3.  The Clerk of the Court is directed to send plaintiff a copy of his first amended

25   complaint, ECF No. 17.

26   Dated:  July 9, 2025

27   _____
                                              CAROLYN K. DELANEY
28   1                                        UNITED STATES MAGISTRATE JUDGE
     hill2752.vfrs

                                                 1